WILLIAM M. NARUS, CAB #243633
Acting United States Attorney
District of Oregon
**JOHN C. BRASSELL, WASB #51639**
Assistant United States Attorney
John.Brassell@usdoj.gov
310 West Sixth Street
Medford, OR   97501
Telephone:  (541) 776-3564
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 1:25-cr- 198-MTK |
| **v.** | **MOTION TO SEAL** |
| | **INDICTMENT** |
| **SKYLER PHOENIX YOUNG,** | |
| **Defendant.** | **UNDER SEAL** |

The United States of America moves the Court for an Order sealing the Indictment,

Arrest Warrant, this motion and any resulting order for the reason that the defendant has not been

arrested and disclosure at this time could seriously jeopardize the investigation.

The Government further requests that the government be authorized to provide copies of

the Indictment, Sealing Motion and Order to the attorney for the defendant in this case as part of

its discovery obligations.

Dated this 8th day of May, 2025.

Respectfully submitted,

WILLIAM M. NARUS
Acting United States Attorney

*/s/ John C. Brassell*
JOHN C. BRASSELL
Assistant United States Attorney

**Motion To Seal Indictment**                                                        **Page  1**